No. 87–1569.  PIMENTEL ET AL. v. UNITED STATES.  C. A. 2d Cir.  Certiorari denied.

No. 87–1607.  SILVERSTEIN ET AL. v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 87–1609.  GRIFFIN & BRAND OF MCALLEN, INC., ET AL. v. REYES ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 87–1642.  CABLEVISION CO. v. MOTION PICTURE ASSOCIATION OF AMERICA, INC., ET AL.; and
No. 87–1814.  NATIONAL CABLE TELEVISION ASSN., INC. v. COLUMBIA PICTURES INDUSTRIES, INC., ET AL.  C. A. D. C. Cir. Certiorari denied.  Reported below: 266 U. S. App. D. C. 435, 836 F. 2d 599.

No. 87–1676.  SAUL ET AL., CO-EXECUTORS OF THE ESTATE OF SAUL v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 87–1685.  SHELL OIL CO. v. CITY OF SANTA MONICA; and
No. 87–1841.  CITY OF SANTA MONICA v. SHELL OIL CO. C. A. 9th Cir.  Certiorari denied.  Reported below: 830 F. 2d 1052.

No. 87–1715.  HALE v. MCLAUGHLIN, SECRETARY OF LABOR, ET AL.  C. A. 7th Cir.  Certiorari denied.

No. 87–1733.  SAMPSON ET UX. v. COMMISSIONER OF INTERNAL REVENUE.  C. A. 6th Cir.  Certiorari denied.

No. 87–1735.  FISHMAN ET AL. v. COMMISSIONER OF INTERNAL REVENUE.  C. A. 7th Cir.  Certiorari denied.

No. 87–1795.  RAINBOW TOURS, INC., DBA RAINBOW COACHES v. NATIONAL LABOR RELATIONS BOARD.  C. A. 9th Cir.  Certiorari denied.

No. 87–1803.  UNITED STATES FIDELITY & GUARANTY CO. v. UNITED STATES.  C. A. 3d Cir.  Certiorari denied.